

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/14/2021

| | | |
|---|---|---|
| IN RE: | § | |
| **BRIAR BUILDING HOUSTON LLC** | § | **CASE NO: 18-32218** |
|     Debtor | § | |
| | § | **CHAPTER 11** |
| | § | |
| **GEORGE M LEE** | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| **MOHAMMAD ALI CHOUDHRI** | § | **ADVERSARY NO. 20-3395** |
|     Defendant | § | |
| | § | |
| | § | |
| **MOHAMMAD ALI CHOUDHRI** | § | **ADVERSARY NO. 20-3398** |
| **JETALL COMPANIES, INC.** | § | |
|     Defendants | § | |

# ORDER
*Resolving 20-3395, ECF No. 12 & 20-3398, ECF No. 8*

    Pending before the Court are two matters self-styled as "Plaintiff George M. Lee's Motions to Remand" ("*Motion(s) to Remand*") filed September 14, 2020.[1] On October 7, 2020, an omnibus response to the Motions to Remand was filed by Defendants Ali Choudhri and Jetall Companies, Inc.[2] On October 19, 2020, the Court held a hearing on the Motions to Remand. For the reasons stated in the Court's accompanying Memorandum Opinion, the Court finds that Plaintiff's Motion to Remand regarding Adversary No. 20-3395 and Plaintiff's Motion to Remand regarding Adversary Proceeding 20-3398 should be denied. Accordingly, it is therefore

    **ORDERED:** that

1. Plaintiff's Motion to Remand regarding Adversary No. 20-3395 is DENIED.[3]

2. Plaintiff's Motion to Remand regarding Adversary No. 20-3398 is DENIED.[4]

3. In conformance with Federal Rules of Bankruptcy Procedure 7008, 7009 and 7010 Plaintiff must file amended complaints in both Adversary Nos. 20-3395 and 20-3398 no

---

[1] 20-3395, ECF No. 12; 20-3398, ECF No. 8.
[2] 20-3395, ECF No. 16; 20-3398, ECF No. 12.
[3] 20-3395, ECF No. 12.
[4] 20-3398, ECF No. 8.

later than February 1, 2021.

4. Defendants have until March 1, 2021 to file answers to the amended complaints.

5. An electronic conference will be conducted, pursuant to Federal Rule of Civil Procedure 16, as made applicable by Federal Rule of Bankruptcy Procedure 7016, before the United States Bankruptcy Court, Houston Division, on **April 5, 2021 at 9:00 a.m**. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed:

   a. The dial-in-number for hearings before Judge Rodriguez is 712.775.8972 and the conference room number is 999276; and
   b. for video appearances and witness testimony, parties are to utilize the **GoToMeeting** web-based application and enter conference code: judgerodriguez.

6. Plaintiff is ordered to serve Defendants with a copy of this Order and to file a certificate of service not later than two business days from entry of this Order.

7. Not less than 3 business days prior to the conference, the parties shall confer and file a joint report pursuant to Federal Rule of Civil Procedure 26(f) as made applicable by Federal Rule of Bankruptcy Procedure 7026.

8. The parties may agree in a written stipulation to extend the Defendant(s) answer date up to the date of the scheduling conference. Agreements proposing to extend an answer date to a date after the scheduling conference require the filing of a motion.

9. If no answer has been filed, the Plaintiff(s) should be prepared to advise the Court of the status of the filing of a motion for default.

SIGNED 01/14/2021.

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge