IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **BRIAR BUILDING HOUSTON LLC,** | § | CASE NO. 18-32218 |
| | § | |
| Debtor | § | CHAPTER 11 |
| | § | |
| **GEORGE M LEE** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 20-03398 |
| | § | |
| **MOHAMMAD ALI CHOUDHRI,** | § | |
| Defendant, | § | |
| | § | |
| And | § | |
| | § | |
| **JETALL COMPANIES, INC.,** | § | |
| Intervenor. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff George Lee ("Plaintiff") and Defendant Ali Choudhri ("Choudhri") and Intervenor Jetall Companies, Inc. ("Jetall") (collectively, "Defendants") ("Defendants" and "Plaintiff" collectively referred to as the "Parties") come before this Court and hereby file this Joint Motion to Dismiss With Prejudice (the "Motion"), requesting that this Court dismiss all of the Parties' claims with prejudice pursuant to a settlement agreement between the Parties, and in support thereof, respectfully shows this Court as follows:

### I.     Joint Motion to Dismiss With Prejudice

1.     On July 25, 2022, the Parties settled the forgoing lawsuit through a Settlement Agreement (the "Settlement Agreement").

2.    The Settlement Agreement provides that, no later than three days from the final execution of the document, the Parties are to mutually dismiss all claims in the above named and numbered lawsuit with prejudice.

3.    The Settlement Agreement further provides that to the extent permitted by law this Court will retain jurisdiction to resolve any dispute over matters covered by the Settlement Agreement and the contents thereof.

4.    Because the Parties have resolved this matter though the Settlement Agreement, the Parties mutually agree and aver that Plaintiff's Motion for Contempt and the associated Order for Show Cause as to Why Mohammad Ali Choudhri Should Not be Held in Civil Contempt[1] are no longer necessary.

5.    Thus, the Parties have resolved all matters related to the above named and numbered cause by way of the Settlement Agreement signed between the Parties. Therefore, pursuant to that agreement, the Parties hereby jointly move for the Court to dismiss all claims between and of the Parties with prejudice to refiling. This dismissal with prejudice is to encompass all of Plaintiff's claims against Defendants as well as all of Defendants' claims against Plaintiff.

<u>**Prayer**</u>

Therefore, the Parties request that the Court enter an order dismissing all claims of Plaintiff and Defendants against one another with prejudice.

Dated: July 27, 2022                Respectfully submitted,

**SPONSEL MILLER GREENBERG PLLC**

*/s/ Thane Tyler Sponsel III*
Thane Tyler Sponsel III
Attorney-In-Charge

---

[1] ECF No. 78.

Federal Bar No. 690068/Texas State Bar No. 24056361
Roger B. Greenberg
Federal Bar No. 3932/Texas State Bar No. 08390000
Zachary A. Clark
Federal Bar No. 3087665/Texas State Bar No. 24097502
Allen Landon
Federal Bar No. 3028753/Texas State Bar No. 24091870
Dana C. Huebner
Federal Bar No. 7022377/Texas State Bar No. 24126097
50 Briar Hollow Ln., Suite 370 West
Houston, Texas 77027
Telephone: (713) 892-5400
Facsimile (713) 892-5401
Email: sponsel@smglawgroup.com
Email: roger@smglawgroup.com
Email: zachary.clark@smglawgroup.com
Email: allen.landon@smglawgroup.com
Email: dana@smglawgroup.com
***Counsel for George M. Lee***

**NICHAMOFF LAW, P.C.**

*/s/ Seth A. Nichamoff (with permission - ZC)*
Seth A. Nichamoff
Federal Bar No. 27002/Texas State Bar No. 24027568
2444 Times Boulevard, Suite 270
Houston, Texas 77005
Telephone: (713) 503-6706
Facsimile (713) 360-7497
Email: seth@nichamofflaw.com

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**
Evelyn I. Breithaupt (TBN: 24073951)
2001 MacArthur Drive
P.O. Box 6118
Alexandria, Louisiana 71307
Telephone: (318) 445-6471
Facsimile: (318) 445-6476
Email: ebreithaupt@goldweems.com

**GUBERNICK LAW P.L.L.C.**
Benjamin Gubernick
10720 West Indian School Rd. Ste. 19, PMB 12

Phoenix, AZ 85037
Telephone: (734) 678-5169
Email: ben@gubernicklaw.com

**Counsel for Mohammad Ali Choudhri and Jetall Companies, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of *Joint Motion to Dismiss With Prejudice* has been served as set forth above to those parties on the attached Service List and by electronic transmission to all registered ECF users appearing in the case on July 27, 2022.

NICHAMOFF LAW, P.C.
Seth A. Nichamoff
2444 Times Boulevard, Suite 270
Houston, Texas 77005
Email: seth@nichamofflaw.com

GOLD, WEEMS, BRUSER, SUES & RUNDELL
Evelyn I. Breithaupt (TBN: 24073951)
2001 MacArthur Drive
P.O. Box 6118
Alexandria, Louisiana 71307
Telephone: (318) 445-6471
Facsimile: (318) 445-6476
Email: ebreithaupt@goldweems.com

GUBERNICK LAW P.L.L.C.
Benjamin Gubernick
10720 West Indian School Rd. Ste. 19, PMB 12
Phoenix, AZ 85037
Telephone: (734) 678-5169
Email: ben@gubernicklaw.com

*/s/ Thane Tyler Sponsel III*
Thane Tyler Sponsel, III